**HYDE & SWIGART**
Joshua B. Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA  92108
(619) 233-7770

**LAW OFFICES OF DOUGLAS J. CAMPION**
Douglas J. Campion SBN 75381
409 Camino Del Rio South, Suite 303
San Diego, CA  92108
(619) 299-2091

Attorneys for Plaintiffs
(Other Attorneys on Signature Page)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohammad Sarabri, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>Weltman, Weinberg & Reis Co., L.P.A.,<br><br>Defendant. | **Case No.: 10-CV-1777-AJB-NLS**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS APPROVAL REQUEST, AND FOR INCENTIVE PAYMENT**<br><br>The Hon. Anthony J. Battaglia<br>Courtroom 12<br><br>Hearing Date:  January 18, 2013<br>Time:  1:30 p.m.<br><br>To Be Heard by Special Master Hon. Herbert B. Hoffman (Ret.) |

**HYDE & SWIGART**
San Diego, California

**TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on January 18, 2013 at 1:30 p.m., or as soon thereafter as the matter may be heard, Plaintiff will move this Court located at 940 Front Street, San Diego, CA 92101-8900, Courtroom: 12, for an order granting Approval of Attorney's Fees and Costs Request, and for Incentive Payment

This motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, the Declaration of Plaintiffs' counsel,, and on such other evidence as may be presented at the hearing of this motion.

Respectfully Submitted,

Dated:  November 30, 2012        **Law Offices of Douglas J. Campion**

By:/s/_DouglasJ. Campion____
Attorneys for Plaintiff

Dated:  November 30, 2012        **Hyde & Swigart**

By:_/s/Joshua Swigart_____
Attorneys for Plaintiff

Dated:  November 30, 2012        **The Kazerouni Law Group, APC**

By:_/s/Abbas Kazerounian_____

**THE KAZEROUNI LAW GROUP, APC**
2700 North Main Street, Ste. 1050
Santa Ana, CA 92866
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523


Attorneys for Plaintiff